# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: Satanic Temple, Inc. v. City of Boston
District Court Case No.: 1:21-cv-10102
District of Massachusetts
Date Notice of Appeal filed: 08/04/2023
Court of Appeals Case No.: 23-1642
Form filed on behalf of: The Satanic Temple, Inc.

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal: ___
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary): ___

## TRANSCRIPT ORDER

Name of Court Reporter: Linda Walsh
Phone Number of Reporter: lwalshsteno@gmail.com

A. ✓ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☒ Pretrial proceedings (specify) Status conf. | 3/15/2023 |
| ☐ Testimony (specify) | |
| ☒ Other (specify) MSJ hearing | 6/28/2023 |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☒ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: Matt Kezhaya
Filer's Signature: s/ Matt Kezhaya
Firm/Address: Crown Law, 150 S. Fifth Street, Suite 1850, Minneapolis, MN 55402
Filer's Email address: matt@crown.law
Telephone number: 479-431-6112
Date mailed to court reporter: August 18, 2023

(Court Reporter Use ONLY) Date received: ___

Form CA1-10 (6/09/09)        **SEE INSTRUCTIONS ON REVERSE**

# CERTIFICATE OF SERVICE

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled this document by uploading it to the CM/ECF system for the District Court of Massachusetts on August 18, 2023 and for the First Circuit Court of Appeals on September 5, 2023 which sends service to registered users, including all other counsel of record in this cause, and by email notice to the court reporter at lwalshsteno@gmail.com.

*s/Matt Kezhaya*



| | |
|---|---|
| *s/Matt Kezhaya* | matt@crown.law |
| Bar Number: 1208974 | direct: (479) 431-6112 |

150 S. Fifth Street, Suite 1850, Minneapolis, MN 55402