# United States Court of Appeals
## For the First Circuit

No. 23-1642

THE SATANIC TEMPLE, INC.,

Plaintiff - Appellant,

v.

CITY OF BOSTON,

Defendant - Appellee.

**ORDER OF COURT**

Entered: September 8, 2023
Pursuant to 1st Cir. R. 27.0(d)

    Appellant is presently in default for failure to file an appearance form and docketing statement.

    It is ordered that if an appearance form and docketing statement are not filed on or before **September 22, 2023**, this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert S. Arcangeli
Elizabeth L. Bostwick
Brendan Durrigan
Nailah Freeman
Matthew Kezhaya
Nicole Marie O'Connor
Edward F. Whitesell Jr.