# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1642     **Short Title:** Satanic Temple, Inc. v. Boston

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

The Satanic Temple, Inc. _____ as the

[✓] appellant(s)         [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

s/Matt Kezhaya                          September 22, 2023
Signature                               Date

Matt Kezhaya
Name

Kezhaya Law PLC                         479-431-6112
Firm Name (if applicable)               Telephone Number

150 S. Fifth St., Suite 1850            _____
Address                                 Fax Number

Minneapolis, MN 55402                   matt@kezhaya.law
City, State, Zip Code                   Email (required)

Court of Appeals Bar Number: 1208974

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. n/a

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).