# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

**No.** 23-1642              **Short Title:** Satanic Temple, Inc. v. City of Boston, Mass.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from July 31, 2023
  2. Date this notice of appeal filed August 2, 2023
     If cross appeal, date first notice of appeal filed n/a
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) n/a
  4. Date of entry of order deciding above post-judgment motion n/a
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) n/a
     Time extended to n/a

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits? [✓] Yes  [ ] No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes  [ ] No
        If yes, explain n/a
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes  [ ] No
        If yes, explain n/a

C. Has this case previously been appealed? [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal n/a

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes  [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party  City of Boston, MA
      Attorney  Edward F. Whitesell, Jr.
      Address  City of Boston Law Department, Room 615, City Hall, Boston MA 02201
      Telephone  (617) 635-4045

   2. Adverse party  City of Boston, MA
      Attorney  Elizabeth L. Bostwick
      Address  City of Boston Law Department, Room 615, City Hall, Boston MA 02201
      Telephone  (617) 635-4031

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name  The Satanic Temple, Inc.
      Address  64 Bridge St., Salem, MA 01970
      Telephone  c/o Matt Kezhaya: 479-431-6112

      Attorney's name  Matt Kezhaya
      Firm  Kezhaya Law PLC
      Address  150 S. Fifth St., Suite 1850, Minneapolis, MN 55402
      Telephone  479-431-6112

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

    Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  s/Matt Kezhaya
Date  September 22, 2023