# United States Court of Appeals
## For the First Circuit

No. 23-1642

THE SATANIC TEMPLE, INC.,

Plaintiff - Appellant,

v.

CITY OF BOSTON,

Defendant - Appellee.

**NOTICE**

Issued: September 25, 2023

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorney has failed to register for an account and will no longer receive notice in this case:

Brendan Durrigan

The following attorneys will continue to receive notice in this case:

Robert S. Arcangeli
Elizabeth L. Bostwick
Nailah Freeman
Matthew Kezhaya
Nicole Marie O'Connor
Edward F. Whitesell Jr.

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Joseph Kelley - (617) 748-9051


cc:
Robert S. Arcangeli
Elizabeth L. Bostwick
Brendan Durrigan
Nailah Freeman
Matthew Kezhaya
Nicole Marie O'Connor
Edward F. Whitesell Jr.