# 23-1642

In the United States Court of Appeals
for the First Circuit

The Satanic Temple, Inc.
*Plaintiff-Appellant,*

*v.*

City of Boston,
*Defendant-Appellee.*

## Motion for Extension of Time

**Matt Kezhaya**
Ark. # 2014161
Minn. # 0402193



matt@kezhaya.law
direct: (479) 431-6112
general: (612) 276-2216

150 S. Fifth Street, Suite 1850, Minneapolis, MN 55402

**COMES NOW** Appellant, by and through counsel Matt Kezhaya, on motion to extend the opening brief and appendix deadlines.

1. Appellant's opening brief and appendix are currently due October 23, 2023.

2. Appellant seeks a 30-day extension, to November 22, 2023.

3. No previous extensions have been received.

4. Good cause exists to extend Appellant's deadline to file the opening brief and appendix. Specifically, the schedule of Appellant's counsel includes several other appeals, as well as multiple other trial court motions and client matters. Additional time would permit Appellant to fully and adequately brief the issues involved in this case. In turn, this will assist the Court in its determination of the issues.

5. On October 11, Appellant's counsel reached out to counsel to Appellee to ascertain Appellee's position on this motion. To date, opposing counsel has not responded.

6. This request is made in good faith and for the foregoing constitutes good cause.

**WHEREFORE** the Court should enter an order extending Appellant's opening brief and appendix to November 22, 2023.

Respectfully submitted,
By: /s/ *Matt Kezhaya*
Matt Kezhaya
Ark. # 2014161
Minn. # 0402193
**KEZHAYA LAW PLC**
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
phone: (479) 431-6112
email: matt@kezhaya.law

## CERTIFICATE AND NOTICE OF SERVICE

I hereby certify that on October 17, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. s/*Matt Kezhaya*

## CERTIFICATE OF COMPLIANCE

This document complies with the 5,200-word limit of FRAP 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and FRAP 27(a)(2)(B), this document contains **171** words.

This document complies with the typeface requirement of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Office 365 Word in font size 14 Calisto MT. s/*Matt Kezhaya*