# United States Court of Appeals
## For the First Circuit

No. 23-1642

THE SATANIC TEMPLE, INC.,

Plaintiff - Appellant,

v.

CITY OF BOSTON,

Defendant - Appellee.

**ORDER OF COURT**

Entered: November 14, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Satanic Temple, Inc. to file a brief and appendix be enlarged to and including **December 22, 2023**. We are disinclined to grant a request for further enlargement of this deadline.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert S. Arcangeli
Elizabeth L. Bostwick
Nailah Freeman
Matthew Kezhaya
Nicole Marie O'Connor
Edward F. Whitesell Jr.