## DISCLOSURE STATEMENT

First Liberty Institute is a nonprofit, public interest law firm and 501(c)(3) organization. It has no parent corporation, and it does not issue stock.