# United States Court of Appeals
## For the First Circuit

No. 23-1642

THE SATANIC TEMPLE, INC.,

Plaintiff, Appellant,

v.

CITY OF BOSTON,

Defendant, Appellee.

**JUDGMENT**

Entered: August 6, 2024

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Matthew Kezhaya, Edward F. Whitesell Jr., Elizabeth L. Bostwick, Nicole Marie O'Connor, Nailah Freeman, Robert S. Arcangeli, Lea E. Patterson, Joel Nolette