# United States Court of Appeals
## For the First Circuit

---

No. 23-1642

THE SATANIC TEMPLE, INC.,

Plaintiff - Appellant,

v.

CITY OF BOSTON,

Defendant - Appellee.

---

Before

Barron, <u>Chief Judge</u>,
Lynch, Kayatta, Gelpí, Montecalvo, Rikelman, and Aframe,
<u>Circuit Judges</u>.

---

**ORDER OF COURT**

Entered: September 10, 2024

The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and the petition for rehearing en banc be denied.

By the Court:

Maria R. Hamilton, Clerk

cc:
Matthew Kezhaya, Edward F. Whitesell Jr., Elizabeth L. Bostwick, Nicole Marie O'Connor, Nailah Freeman, Robert S. Arcangeli, Lea E. Patterson, Joel Nolette