# United States Court of Appeals
## For the First Circuit

No. 23-1642

THE SATANIC TEMPLE, INC.,

Plaintiff - Appellant,

v.

CITY OF BOSTON,

Defendant - Appellee.

**MANDATE**

Entered: September 18, 2024

In accordance with the judgment of August 6, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert S. Arcangeli
Elizabeth L. Bostwick
Nailah Freeman
Matthew Kezhaya
Joel Nolette
Nicole Marie O'Connor
Lea E. Patterson
Edward F. Whitesell Jr.